In the Matter of Robert C. McCormick, an Attorney. Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (May 21, 1937.)

Nyamco Associates, Inc., Plaintiff, Respondent, v. St. Austin Realty Corp. and Others, Defendants, and Florence I. Carukin (formerly Oliver), Defendant, Appellant, and Land Estates, Incorporated, and New York Title and Mortgage Company, Made a Party Hereto by the Service upon It of a Copy of the Answer of Defendant, Florence I. Carukin, Defendants, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Cuyler & Co., Inc., Respondent, v. Truene Ruth Spencer, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents.

Samuel L. Israel, Appellant, v. Neville G. Hart and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Walter Elfers, an Infant, by John Elfers, His Guardian ad Litem, Respondent, and John Elfers, Plaintiff, v. Albert Spires, Roy A. Cauk, Defendants, and All States Freight, Inc., Appellant.— Judgment, so far as appealed from. and the order, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Roy Cooper, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Regina Margareten and Others, Respondents, v. Leopold Horowitz and Others, Appellants. Regina Margareten and Others, Appellants, v. Leopold Horowitz and Others, Respondents. (Consolidated Appeals.) — Orders unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

Samuel Herman, Respondent, v. New York Life Insurance Company, Respondent, and Victor Herman, an Infant, etc., by Esther Wilson Marwit, His Guardian ad Litem, and Winnie Green, nee Winnie Herman, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff-respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Maria Rohrs, Appellant, v. Lawyers Trust Company, as Successor Trustee, etc., Respondent, Impleaded with Others.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.